# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. MARINA, | |
| Plaintiff, | Case No. 2:11-CV-02087-KJD-PAL |
| v. | **ORDER** |
| EDWARD D. JONES & CO., | |
| Defendant. | |

On September 5, 2012, the Court stayed this case pending the resolution of arbitration. The Court **HEREBY ORDERS** the parties to file a joint status report with the Court within 30 days of the entry of this Order. Failure to file this report will constitute consent to dismiss this action.

DATED this 3rd day of October 2013.

_____
Kent J. Dawson
United States District Judge