# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. MARINA, | |
| Plaintiff, | Case No. 2:11-CV-02087-KJD-PAL |
| v. | **ORDER** |
| EDWARD D. JONES & CO., LIMITED PARTNERSHIP, | |
| Defendant. | |

On September 5, 2012, the Court compelled arbitration in this matter and stayed the action pending the resolution of arbitration (#15). On October 3, 2013, the Court ordered the parties to file a joint status report with the Court, as no filings had been made since the stay was entered (#16). The parties were granted 30 days to file the report, and given notice that failure to file would constitute consent to dismiss the action (#16). On November 4, 2013, the parties filed a their joint status report which stated "no arbitration proceeding has commenced. Accordingly the parties have no objection to this action being dismissed." (#17). The parties having explicitly consented to dismissal of the action, this matter is **HEREBY DISMISSED**.

DATED this 5th day of November 2013.

_____
Kent J. Dawson
United States District Judge